**Motion Denied; Order filed October 12, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00682-CV
_____

**MARIO TORRES AND ANA PATRICIA TORRES, INDIVIDUALLY AND A/N/F OF N.T., A MINOR, Appellants**

**V.**

**TEXAS CHILDREN'S HOSPITAL AND DR. JOHN DOE AND DR. JANE DOE, Appellees**

---

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2020-61396**

---

## ORDER

Appellants have filed a third emergency motion for relief under Rule 29.3 of the Texas Rules of Appellate Procedure. On the morning of October 9, 2020, this court issued its opinion and judgment disposing of this interlocutory appeal and providing for this court's order of October 5, 2020, granting emergency relief, to remain in full force and effect until 5:00 p.m. on October 12, 2020. The same

morning appellants filed a second emergency motion, seeking further relief in this court. We deemed that motion moot in this court in light of our disposition of the interlocutory appeal and stated that any further relief should be pursued in the Supreme Court of Texas. In their third emergency motion, appellants seek a further extension of this court's October 5, 2020 order. We deny appellants' third emergency motion. This court's order of October 5, 2020, granting emergency relief, remains in full force and effect until 5:00 p.m. on October 12, 2020.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Bourliot.